**Copyrights-In-Suit for IP Address 71.175.95.242**

**ISP:** Verizon FiOS
**Location:** Ambler, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 12/25/2012 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/25/2013 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 02/18/2013 |
| Afternoon Snack | PENDING | 02/23/2013 | 02/28/2013 | 03/23/2013 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 01/24/2013 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 02/07/2013 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 12/03/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/01/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/10/2013 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 01/24/2013 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 02/28/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 11**

EXHIBIT B

EPA150