## Expanded Surveillance of IP Address 71.175.95.242

**ISP:** Verizon FiOS
**Location:** Ambler, PA

| Hit Date UTC | Filename |
|---|---|
| 05/01/2013 | The.Walking.Dead.S03E11.1080p.MFR.mkv |
| 05/01/2013 | Boardwalk.Empire.S03E09.720p.WEB-DL.x264-mRS.mkv |
| 05/01/2013 | The Walking Dead S03E09 HDTV x264-2HD[ettv][PT-BR] |
| 05/01/2013 | The.Walking.Dead.S03E07.HDTV.Subtitulado.Esp.SC.avi |
| 05/01/2013 | The.Walking.Dead.S03E16.HDTV.Subtitulado.Esp.SC.avi |
| 05/01/2013 | The.Walking.Dead.S03E06.HDTV.Subtitulado.Esp.SC.avi |
| 05/01/2013 | The.Walking.Dead.S03E10.HDTV.Subtitulado.Esp.SC.avi |
| 05/01/2013 | The.Walking.Dead.S03E15.HDTV.Subtitulado.Esp.SC.avi |
| 05/01/2013 | House.of.Lies.S02E03.subtitulado.esp.sc.avi |
| 05/01/2013 | The.Walking.Dead.S03E12.HDTV.Subtitulado.Esp.SC.avi |
| 05/01/2013 | Days 060908.avi |
| 05/01/2013 | Shameless.US.S03E01.HDTV.XviD-AFG |
| 05/01/2013 | The.Walking.Dead.S03E13.HDTV.Subtitulado.Esp.SC.avi |
| 05/01/2013 | Boardwalk.Empire.S03E10.Proper.480p.HDTV.x264-mRS.mkv |
| 05/01/2013 | Skyfall SD.mp4 |
| 05/01/2013 | [FT]_Naruto_Shippuuden_297_RAW_[HDTV_Hi10P][E354E238].mkv |
| 05/01/2013 | X-Art.13.04.30.Capri.Green.Eyes.XXX.1080p.MP4-KTR |
| 05/01/2013 | Game of Thrones S03E05 |
| 04/30/2013 | Doctor.Who.2005.7x10.Journey.To.The.Centre.Of.The.Tardis.HDTV.XviD-AFG |
| 04/28/2013 | X-Art.13.04.25.Angelica.Getting.Down.XXX.1080p.MP4-KTR[rarbg] |
| 04/25/2013 | The.Hobbit.2012.DVDScr.x264-HiGH |

EXHIBIT C

EPA150

| Hit Date UTC | Filename |
|---|---|
| 04/25/2013 | The Walking Dead S03E03 Season 3 Episode 3 HDTV x264 [GlowGaze] |
| 04/25/2013 | The.Walking.Dead.S03E14.HDTV.Subtitulado.Esp.SC.avi |
| 04/25/2013 | Game of Thrones Seasons 1+2 |
| 04/25/2013 | The Walking Dead S03E01 HDTV x264 + Subtitles [GlowGaze] |
| 04/25/2013 | House.of.Lies.S02E02.HDTV.subtitulado.esp.sc.avi |
| 04/25/2013 | Homeland S02E08 Season 2 Episode 8 HDTV x264 [GlowGaze] |
| 04/25/2013 | Justified S04E02 720p Web-Dl mRS.mkv |
| 04/25/2013 | Django.Unchained.2013.CAM.x264-Diamond00 |
| 04/25/2013 | Jack Reacher 2012 BRRip XviD AC3 - KINGDOM |
| 04/25/2013 | Justified.S04E01.HDTV.Subtitulado.Esp.SC.avi |
| 04/25/2013 | Shameless US S03E03 HDTV XviD-SaM[ettv] |
| 04/25/2013 | Jack.Reacher.2012.720p.BR.900MB.ShAaNiG.com |
| 04/25/2013 | The Walking Dead S03E08 720p Web-Dl 275mb MrLss |
| 04/25/2013 | Breaking Bad Season 5 Ep 1 - 8 |
| 04/25/2013 | The Walking Dead S03E02 HDTV x264 + Subtitles [GlowGaze] |
| 04/23/2013 | Game.of.Thrones.S03E04.HDTV.XviD.Dual.Audio |
| 04/23/2013 | Homeland S02E07 Season 2 Episode 7 HDTV x264 [GlowGaze] |
| 04/23/2013 | Sp3x02 |
| 04/23/2013 | Nubiles.Lucie.Legs.Spread.For.You.XXX.pornalized.com.wmv |
| 04/22/2013 | Maroon 5 - Overexposed (AU Deluxe Edition) MP3@320kbps |
| 04/22/2013 | 2010-10-10 ageHa, Studio Coast - Tokyo, Japan (MP3) |
| 04/22/2013 | Taken.2.2012.Swesub.DVDRip.XviD-3lBartoo |
| 04/22/2013 | Dexter Season 7 Complete 480p HDTV x264 [VectoR] |
| 04/22/2013 | The Walking Dead S03E04 Season 3 Episode 4 HDTV x264 [GlowGaze] |
| 04/22/2013 | HOMELAND S02E012 x264 (WEB-DL) 720p NLSubs BB |

EXHIBIT C

EPA150

| Hit Date UTC | Filename |
|---|---|
| 04/22/2013 | Shameless US S03E02 720p HDTV x264-IMMERSE [PublicHD] |
| 04/22/2013 | Homeland S02E11 HDTV x264 [GlowGaze.Com].mp4 |
| 04/21/2013 | Wreck.It.Ralph.2012.DVDSCR.XViD.AC3-LEGi0N.avi |
| 04/21/2013 | Doctor.Who.2005.7x09.Hide.HDTV.x264-FoV.mp4 |
| 04/20/2013 | House.of.Lies.S02E01.HDTV.subtitulado.esp.sc.avi |
| 04/20/2013 | x-art_bunny_scarlet_tyler_fashion_models_540.wmv |
| 04/18/2013 | Game of Thrones  S03-E03 (2013)  XViD NLSubs NLtoppers |
| 04/18/2013 | Game of Thrones S03E03 Walk of Punishment HDTV x264 -ASAP [eztv] |
| 04/18/2013 | x-art_presley_logan_rose_petals_720.mp4 |
| 04/18/2013 | Game of Thrones S03E03 |
| 04/17/2013 | Game of Thrones (2013) S03E03 WEB-DL 720p NL Subs Eng Subs HD SAM |
| 04/17/2013 | GAME OF THRONES (2013) S03e03 x264 1080p DD5.1 (WEB-DL) NLSubs |
| 04/17/2013 | Game.of.Thrones.S03E03.Walk.of.Punishment.1080p.WEB-DL.DD5.1.H.264-NTb |
| 04/17/2013 | Game.of.Thrones.S03E03.Walk.of.Punishment.720p.WEB-DL.DD5.1.H.264-NTb |
| 04/17/2013 | Game.of.Thrones.S03E03.576p.HDTV.x264-DGN {1337x} |
| 04/17/2013 | Game.Of.Thrones.S03E03.480p.HDTV.x264-ChameE |
| 04/16/2013 | Game.of.Thrones.S03E03.HDTV.x264.Dual.Audio |
| 04/14/2013 | Doctor.Who.2005.S07E08.Cold.War.HDTV.x264-TLA.mp4 |
| 04/14/2013 | The Triangle |
| 04/14/2013 | X-Art - Baby (Everlasting Friendship) 11.04.2013 |
| 04/13/2013 | Parker 2013 New HDTS Pimp4003 (PimpRG).mp4 |
| 04/13/2013 | Archer.2009.S04E13.HDTV.x264-ASAP[rarbg] |
| 04/13/2013 | Archer.2009.S04E13.720p.HDTV.x264-IMMERSE[rarbg] |
| 04/09/2013 | Game.Of.Thrones.S03E02.HDTV.x264.Dual.Audio |
| 04/07/2013 | Doctor Who [2013] - The Rings Of Akhaten [MP4-AAC](oan) |

EXHIBIT C

EPA150

| Hit Date UTC | Filename |
|---|---|
| 04/06/2013 | Archer.2009.S04E12.Sea.Tunt.Part.1.720p.WEB-DL.x264.AAC |
| 04/05/2013 | The.MILF.Next.Door.6.Diabolic.DvDRip.x264.2013_iyutero.com.mp4 |
| 04/05/2013 | Boardwalk.Empire.S03E11.480p.HDTV.x264-mRS.mkv |
| 04/05/2013 | Brickleberry |
| 04/05/2013 | boardwalk.empire.s03e12.480p.hdtv.x264-mRS.mkv |
| 04/05/2013 | Machine.Gun.Preacher.2011.Dvdrip.xvid.Cinemagic |
| 04/05/2013 | Brickleberry.S01E10.The.Dam.Show.720p.WEB-DL.DD5.1.H264-iT00NZ |
| 04/02/2013 | The.Lord.Of.The.Rings.Trilogy.Special.Extended.Edition |
| 04/01/2013 | maxthon-2.5.13.166.exe |
| 04/01/2013 | Brickleberry.S01E09.Daddy.Issues.720p.WEB-DL.DD5.1.H264-iT00NZ |
| 04/01/2013 | Homeland S02E10 Season 2 Episode 10 HDTV x264 [GlowGaze] |
| 03/31/2013 | Archer.2009.S04E11.720p.WEB-DL.H.264.DD5.1-iT00NZ [PublicHD] |
| 03/31/2013 | Trouble.with.the.Curve.2012.DVDRip.XviD-SPARKS |
| 03/31/2013 | Homeland S02E09 Season 2 Episode 9 HDTV x264 [GlowGaze] |
| 03/31/2013 | Mad Men - The Complete Season 5 [HDTV] + EXTRA |
| 03/30/2013 | Archer.2009.S04E11.The.Papal.Chase.1080p.WEB-DL.DD5.1.H.264-YFN |
| 03/30/2013 | X-Art.com_13.03.29.Kaylee.I.Love.X-Art.XXX.iMAGESET-P4L[rarbg] |
| 03/29/2013 | Downton Abbey - The Complete Season 3 [HDTV] |
| 03/29/2013 | SexyRedheadSex.avi |
| 03/29/2013 | WinRAR 4.00 32Bit And 64Bit Full-Version {blaze69} |
| 03/29/2013 | [ www.Torrenting.com ] - One.in.the.Chamber.2012.BRRip.XviD.AC3-AQOS |
| 03/26/2013 | House.of.Lies.S02E10.HDTV.x264-ASAP.mp4 |
| 03/25/2013 | X-Art.13.03.24.Baby.Afternoon.Snack.XXX.1080p.MP4-KTR[rarbg] |
| 03/25/2013 | Lincoln (2012) 720p_BRrip_scOrp_sujaidr |
| 03/24/2013 | Batman The Dark Knight Returns Part 2 (2013) [1080p] |

EXHIBIT C

EPA150

| Hit Date UTC | Filename |
|---|---|
| 03/24/2013 | iPadWELT 2013-01.rar |
| 03/23/2013 | Diario La Razon 28-12-2012 |
| 03/23/2013 | Zero Dark Thirty [2012]-720p-BRrip-x264-StyLishSaLH (StyLish Release) |
| 03/20/2013 | Win Panel computer program for PC |
| 03/20/2013 | The Bourne Legacy (2012) |
| 03/18/2013 | The Iron Lady 2011 D.V.D.Rip XviD-DEiTY |
| 03/15/2013 | Archer.2009.S04E09.The.Honeymooners.720p.WEB-DL.x264.AAC |
| 03/15/2013 | House.of.Lies.S02E05.HDTV.x264-ASAP.mp4 |
| 03/15/2013 | House.of.Lies.S02E06.HDTV.x264-EVOLVE.mp4 |
| 03/13/2013 | X-Art - Bunny Another Night 1080p |
| 03/13/2013 | Marillion - 2004 - Marbles (2-Disc Limited Edition) [VBR] |
| 03/12/2013 | Ted (Unrated) (HD).m4v |
| 03/12/2013 | DirtyMasseur.12.12.28.Rachel.Starr.Stranger.Danger.XXX.1080p.MP4-VSEX[rbg] |
| 03/12/2013 | [ www.TorrentDay.com ] - Tosh.0.S04E27.480p.HDTV.x264-mSD |
| 03/11/2013 | Identity Thief 2013 DVDRip XViD-PRiMOR |
| 03/11/2013 | x-art_angelica_spilled_milk_1080.mov |
| 03/09/2013 | BAR WEEK 24 2012 |
| 03/09/2013 | House.of.Lies.S01 |
| 03/09/2013 | The.Mindy.Project.S01E02.Hiring.and.Firing.480p.WEB-DL.x264-mSD |
| 03/09/2013 | Archer.2009.S04E08.Coyote.Lovely.720p.WEB-DL.x264.AAC |
| 03/05/2013 | Nirvana |
| 03/05/2013 | X-Art - Two Boys And One Girl - Beatrice [1080p].mov |
| 03/05/2013 | X-Art - Two Boys And One Girl - Beatrice [720p].wmv |
| 03/01/2013 | xxx-stateoftheunion.mov |
| 03/01/2013 | Karen Matheson (of Capercaillie) - Mi Le M' Uilinn |

EXHIBIT C

EPA150

| Hit Date UTC | Filename |
|---|---|
| 03/01/2013 | x-art_kaylee_mad_passion_1080.mp4 |
| 03/01/2013 | Kaylee.Mad.Passion.XArt.2013.FullHD_iyutero.com.mp4 |
| 02/28/2013 | X-Art.13.02.26.Tiffany.F.Tuesday.Morning.XXX.1080p.MOV-KTR[rarbg] |
| 02/25/2013 | The Master (2012) 1080p x264 DD5.1 EN NL Subs |
| 02/24/2013 | Archer.2009.S04E05.Viscous.Coupling.WEB-DL.x264.AAC |
| 02/24/2013 | Justified S04E07 Money Trap 720p AVCHD-SC-SDH |
| 02/23/2013 | Celeste and Jesse Forever 2012 720p BRRip x264 AC3-JYK |
| 02/23/2013 | The.Man.with.the.Iron.Fists.2012.UNRATED.1080p.BluRay.x264.anoXmous |
| 02/18/2013 | x-art_mary_anneli_afternoon_picnic_1080.mov |
| 02/18/2013 | Audio Book - BBC - JRR Tolkien - Lord Of The Rings (Complete)  [wrapped by SpringMitch]_ALBW(1).mp3 |
| 02/14/2013 | Mein Privat Video 32  2008 |
| 02/14/2013 | Total.Recall.2012.DVDRip.XviD.Lum1x.avi |
| 02/13/2013 | Killing Them Softly (2012) DVDrip XviD-MiNi |
| 02/13/2013 | Renata_4r31_.wmv |
| 02/13/2013 | The Black Keys - El Camino |
| 02/13/2013 | Star.Wars.Episode.III.Revenge.Of.The.Sith.2005.1080p.Bluray.x264.anoXmous |
| 02/13/2013 | [ www.TorrentDay.com ] - Tosh.0.S04E25.HDTV.XviD-AFG |
| 02/13/2013 | [ www.Speed.Cd ] - EPL.2012.11.28.Stoke.City.Vs.Newcastle.United.720p.HDTV.x264-W4F |
| 02/13/2013 | New,Releases,Mp3s,Week,26-2011 |
| 02/12/2013 | Billionaire.2.XXX |
| 02/12/2013 | The.Walking.Dead.S03E06.HDTV.XviD-AFG |
| 02/12/2013 | The Dark Knight Rises (2012) DVDRip XviD-MAXSPEED |
| 02/12/2013 | Bears of Fear Island 2011 1080i HDTV H.264 MP2.0 |
| 02/11/2013 | [ www.TorrentDay.com ] - Tosh.0.S04E26.480p.HDTV.x264-mSD |

EXHIBIT C

EPA150

| Hit Date UTC | Filename |
|---|---|
| 02/11/2013 | Portrait.Of.A.Call.Girl.EXTRAS.XXX.DVDRip.XviD-Jiggly |
| 02/10/2013 | AVG Antivirus Professional 9.0 Build 851a3009 multi language (PRG) |
| 02/09/2013 | Argo.2012.BDRip.XviD-SPARKS.avi |
| 02/07/2013 | Wrath.of.the.Titans.DVDRip.XviD(TheMortician4) |
| 02/07/2013 | Brickleberry.S01E02.1080p.WEB-DL.DD5.1.H264-iT00NZ |
| 02/07/2013 | XPSP3.rar |
| 02/07/2013 | SPARTACUS (2013) War of the Damned S01E2 720P (NL-subs) X264 (Spookkie) |
| 02/07/2013 | x-art_eufrat_angelica_deep_longing_540-chkm8te.wmv |
| 02/07/2013 | Shameless.(US).S03E03.May.I.Trim.Your.Hedges.HDTV.XVID-AVIGUY.avi |
| 02/06/2013 | [ www.UsaBit.com ] - Skyfall (2012) BluRay 720p 950MB Ganool.mkv |
| 02/02/2013 | x-art_gianna_addison_seeing_double_540.wmv |
| 02/02/2013 | !!! Belga 3 !!! |
| 01/31/2013 | x-art_kristen_working_out_together_540.wmv |
| 01/29/2013 | Seven.Psychopaths.2012.1080p.BluRay.x264.anoXmous |
| 01/27/2013 | justified_s04e03_720p_web-dl_x264-mRS.mkv |
| 01/27/2013 | Archer.2009.S04E01.Fugue.and.Ritts.PROPER.720p.WEB-DL.x264.AAC |
| 01/27/2013 | Anaconda.E612.Japan.Domination.XXX.DiVX-oRo[rbg] |
| 01/27/2013 | Justified S04E01 720p Web-Dl 275mb mRS |
| 01/26/2013 | Nicki Minaj - Pink Friday |
| 01/26/2013 | End.Of.Watch.2012.720p.BRRip.x264.AC3-JYK |
| 01/26/2013 | Harry Potter and the Deathly Hallows-part 1-TS HoF |
| 01/26/2013 | X-Art - Angelica (A Little Rain Must Fall) |
| 01/24/2013 | Tosh.0.S04E21.HDTV.Boy.In.Black.Face |
| 01/24/2013 | The Good, The Bad and The Queen - Electric Proms DVD [www.mindwarppavilion.org] |
| 01/24/2013 | x-art_jessie_anais_coucher_avec_an_autre_fille_540.mp4 |

EXHIBIT C

| Hit Date UTC | filename |
|---|---|
| 01/20/2013 | Combat.Countdown.S01E09.Super.Strikers.TVRip.x264-UNPOPULAR |
| 01/20/2013 | Act of Valor 2012 DVDRip XviD-Felony |
| 01/20/2013 | The Voice S03E12 HDTV x264-dInO |
| 01/20/2013 | Brickleberry.S01E01.Preair.Hibbs.avi |
| 01/19/2013 | Headhunters 2012 English (DVDRip) 480p INFERNO |
| 01/18/2013 | Justified S04E02 Where's Waldo 720p AVCHD-SC-SDH |
| 01/18/2013 | Moonrise Kingdom (2012) 2012 DVDRip XVid - MDMA |
| 01/17/2013 | The Very Best of Love |
| 01/13/2013 | prnfle962x.avi |
| 01/13/2013 | Maid for Love.mp4 |
| 01/13/2013 | Best New Starlets 2013.mp4 |
| 01/13/2013 | Xena.Warrior.Princess.XXX.An.Exquisite.Films.Parody.XXX.DVDRip.XviD-Jiggly |
| 01/13/2013 | Performers Of The Year 2013.mp4 |
| 01/11/2013 | Sons of Anarchy S05E08 Season 5 Episode 8 HDTV x264 [GlowGaze] |
| 01/10/2013 | [ www.Speed.Cd ] - Stephen.Fry.Gadget.Man.S01E03.720p.HDTV.x264-C4TV |
| 01/10/2013 | Welted Wednesday.wmv |
| 01/08/2013 | RocknRolla[2008]DvDrip-aXXo |
| 01/08/2013 | Aesop Rock.zip |
| 01/08/2013 | Engrenages.Season.1.DVDrip.576p.H264 |
| 01/04/2013 | Persia.Black.But.Im.Married.Massage.Parlor.2012.FullHD_iyutero.com.mp4 |
| 01/04/2013 | Gallery of Perfect Breasts.zip |
| 01/04/2013 | It's Always Sunny in Philadelphia Season 5 |
| 01/04/2013 | T.I. - Whatever You Like and The Game Ft. Lil Wayne - My Life |
| 01/04/2013 | NFL Playoffs 1-15-2012 NYG at GB |
| 01/03/2013 | Premium Rush 2012 1080p BRRip x264 aac vice |

| Hit Date UTC | Filename |
|---|---|
| 01/02/2013 | Looper.2012.720p.BRRIP.XVID.AC3.PULSAR |
| 12/31/2012 | Arbitrage.2012.LIMITED.1080p.BluRay.x264.anoXmous |
| 12/30/2012 | Nikki Delano Car Wash Sex BigWetButts 10.26.12 FullHD |
| 12/29/2012 | Windows 7 Ultimate SP1 Faster Performance Edition(X86,X64).waqarr |
| 12/28/2012 | [SC-OL][Sacred Seven][01-12?][BIG5][X264_AAC][PSP_480P] |
| 12/25/2012 | Dolphin Tale (Engl) 2011 |
| 12/25/2012 | x-art_angelica_naughty_and_nice_1080.mov |
| 12/25/2012 | Anneliese The.Exorcist.Tapes |
| 12/25/2012 | X-Art - Beatrice (A Girls Fantasy) |
| 12/22/2012 | That's My Boy {2012} DVDRip XviD AC3-playXD [MAX] |
| 12/22/2012 | Total Recall (Unrated) [2012] (1080p.m4v |
| 12/22/2012 | Premium.Rush.2012.TS.XviD-MATiNE |
| 12/14/2012 | { www.SceneTime.com } -The Help(2011)-DVDRip Xvid-THC |
| 12/14/2012 | Naturalnie.zvuki.prirodu.i.myzika.4CD.2004-2009.AAC.291-355kbps_[btportal.ws] |
| 12/14/2012 | WeLoveBukkake.11.08.24.Randy.Raclette.Gets.Drilled.XXX.WMV-OHRLY[rbg] |
| 12/12/2012 | The.Bourne.Legacy.2012.DVDRip.XviD-NEUTRINO |
| 12/12/2012 | Men.in.Black.3.2012.1080p.BluRay.x264.anoXmous |
| 12/11/2012 | The Chronicles Of Riddick 2004 UNRATED Directors Cut 720p BRRip x264-MgB |
| 12/10/2012 | x-art_baby_susie_then_they_were_three_540.wmv |
| 12/10/2012 | The Dark Knight Rises |
| 12/10/2012 | The Avengers 2012 DVDRip XviD-DEPRiVED[FRENCH].avi |
| 12/06/2012 | The Amazing Spider-Man 2012 BRRip XviD-Apa |
| 12/06/2012 | [OpfansMaplesnow][One_Piece][Movie10][BDRip][720P] |
| 12/06/2012 | Ultimate.DLCD.2013.7z |
| 12/03/2012 | Black Hawk Down 2001 BluRay - Cool Release |

EXHIBIT C

EPA150

| Hit Date UTC | Filename |
|---|---|
| 12/03/2012 | x-art_angelica_inside_perfection_720.mov |
| 12/03/2012 | x-art_baby_anneli_loving_angels_1080.mov |
| 12/02/2012 | {www.scenetime.com}London.2012.Olympics.Womens.Beach.Volleyball.Round.of.16.Russia.vs.China.HDTV.XviD-AFG |
| 11/28/2012 | Lawless.mkv |
| 11/27/2012 | [R23nF] Sword Art Online 18 (x264 720p).mkv |
| 11/27/2012 | World.Without.End.S01E04.720p.HDTV.x264-2HD [PublicHD] |
| 11/27/2012 | Late Show [Letterman] 20x34 HDTV Xvid iNTERNAL DVDRip FoV |
| 11/27/2012 | Crystal Vibrations Music Ensemble - Crystal Portal |
| 11/24/2012 | x-art_connie_heart_and_soul_540.mov |
| 11/22/2012 | Entourage S08E09 HDTV XviD -LOL [eztv] |
| 11/19/2012 | The Who - Amazing Journey (The Story Of The Who) [2008] - Rock [www.torrentazos.com].rar |
| 11/18/2012 | Scrubs.S08E12.Meine.Beliebtheit.German.Dubbed.WS.BDRiP.XviD-iNSPiRED seeded by www.p2p-crew.to |
| 11/16/2012 | AUTODESK_INFERNO_FLAME_FLINT_SMOKE_2009_LINUX64_RHEL4+DKUandCo |
| 11/14/2012 | Vampire.Diaries.S04E05.avi |

EXHIBIT C

EPA150