## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
|     Plaintiff, | : | |
| v. | : | Civ. No. 13-2768 |
| | : | |
| KAREN BECK | : | |
|     Defendant. | : | |

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
|     Plaintiff, | : | |
| v. | : | Civ. No. 13-2863 |
| | : | |
| JAMES MCNULTY, | : | |
|     Defendant. | : | |

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
|     Plaintiff, | : | |
| v. | : | Civ. No. 13-5484 |
| | : | |
| JOHN DOE, | : | |
| SUBSCRIBER ASSIGNED | : | |
| IP ADDRESS 69.136.82.147, | : | |
|     Defendant. | : | |

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
|     Plaintiff, | : | |
| v. | : | Civ. No. 13-5485 |
| | : | |
| | : | |
| JOHN DOE, | : | |
| SUBSCRIBER ASSIGNED | : | |
| IP ADDRESS 68.80.52.71, | : | |
|     Defendant. | : | |

1

# **O R D E R**

**AND NOW**, this 26th day of September, 2013, **IT IS HEREBY ORDERED** that the above captioned cases have been consolidated for pretrial purposes. All filings in the above captioned cases shall be docketed under **13-2768.**

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
**PAUL S. DIAMOND,   J.**